**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 30, 2017.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 12-11774 |
| | § | CASE NO. 12-11924 |
| ALIANZA SOLUTIONS, L.P. | § | JOINTLY ADMINISTERED UNDER |
| ALIANZA-FS MANAGEMENT, LLC | § | CASE NO. 12-11774 |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM OF CHRISTOPHER A. PACE (CLAIM #38)

Came on to be considered Chapter 7 Trustee's Objection to Claim of Christopher A. Pace (Claim #38) (the "Objection"). The Court, having reviewed the Objection, finds that the claim should be disallowed as a claim against the estate.

IT IS HEREBY ORDERED that the Objection is GRANTED and the claim of Christopher A. Pace (Claim #38) is disallowed as a claim against the estate. This order does not affect Claim Nos. 20 and 35 filed by Christopher A. Pace.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant [Christopher A. Pace, 365 Blackbird Drive, Spring Branch, Texas 78070]

1

# # #

.

ORDER PREPARED BY:

C. Daniel Roberts, Trustee
1602 East Cesar Chavez
Austin, Texas 78702
Telephone No. (512) 494-8448
Facsimile No. (512) 494-8712
Email: droberts@cdrlaw.net

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 12-11774-tmd
Alianza Solutions, L.P.  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 2     Date Rcvd: May 30, 2017
                          Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db         +Alianza Solutions, L.P.,   36 Cypress Point,   Wimberly, TX 78676-9415
           +Christopher A. Pace,   365 Blackbird Drive,   Spring Branch, TX 78070-5426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
            C. Daniel Roberts    droberts@cdrlaw.net, cdroberts@ecf.epiqsystems.com,rsaldana@cdrlaw.net
            C. Daniel Roberts    on behalf of Trustee C. Daniel Roberts droberts@cdrlaw.net
            Eric J. Taube    on behalf of Creditor    Estate of John M. O'Quinn eric.taube@wallerlaw.com,
             sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
            Eric J. Taube    on behalf of Defendant    John O'Quinn & Associates, LLP eric.taube@wallerlaw.com,
             sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
            Eric J. Taube    on behalf of Defendant    Gerald Treece as Executor of the Estate of John O'Quinn,
             Deceased eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
            Eric J. Taube    on behalf of Creditor    John M. O'Quinn & Associates, PLLC
             eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
            Jason A. Starks    on behalf of Creditor    The Comptroller of Public Accounts of the State of
             Texas and the Texas Employment Commission bk-jstarks@texasattorneygeneral.gov,
             sherri.simpson@texasattorneygeneral.gov
            Jeffrey G. Tinkham    on behalf of Creditor    John M. O'Quinn & Associates, PLLC
             tinkham@mdjwlaw.com
            Jeffrey G. Tinkham    on behalf of Defendant    John O'Quinn & Associates, LLP tinkham@mdjwlaw.com
            Jeffrey G. Tinkham    on behalf of Defendant    John O'Quinn & Associates, PLLC tinkham@mdjwlaw.com
            Jeffrey G. Tinkham    on behalf of Defendant    Gerald Treece as Executor of the Estate of John
             O'Quinn, Deceased tinkham@mdjwlaw.com
            Kell C. Mercer    on behalf of Plaintiff    C. Daniel Roberts, Chapter 7 Trustee for Alianza
             Solutions, LP kell.mercer@mercer-law-pc.com
            Kell C. Mercer    on behalf of Trustee C. Daniel Roberts kell.mercer@mercer-law-pc.com
            Kell C. Mercer    on behalf of Trustee C. Daniel   Roberts kell.mercer@mercer-law-pc.com
            Michael D. Rubenstein    on behalf of Defendant    Ardent Analytic Technologies, LLC
             mdrubenstein@liskow.com, fhernandez@liskow.com
            Michael D. Rubenstein    on behalf of Interested Party    Ardent Analytic Technologies, LLC
             mdrubenstein@liskow.com, fhernandez@liskow.com
            Patricia Baron Tomasco    on behalf of Plaintiff    C. Daniel Roberts, Chapter 7 Trustee for
             Alianza Solutions, LP ptomasco@jw.com, kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Attorney    Jackson Walker L.L.P. ptomasco@jw.com,
             kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Petitioning Creditor Charles C. Davis ptomasco@jw.com,
             kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Plaintiff    Alianza Solutions, LP ptomasco@jw.com,
             kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Trustee C. Daniel Roberts ptomasco@jw.com, kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Petitioning Creditor John A. Easley, II ptomasco@jw.com,
             kgradney@jw.com
            Patricia Baron Tomasco    on behalf of Petitioning Creditor Christopher A. Pace ptomasco@jw.com,
             kgradney@jw.com

```
District/off: 0542-1           User: beniteze              Page 2 of 2                    Date Rcvd: May 30, 2017
                               Form ID: pdfintp            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Se H Chang     on behalf of Plaintiff   C. Daniel Roberts, Chapter 7 Trustee for Alianza Solutions,
               LP sam.chang@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;stephen.lemmon@huschblackwell
               .com
              Se H Chang     on behalf of Trustee C. Daniel Roberts sam.chang@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;stephen.lemmon@huschblackwell
               .com
              Stephen A. Roberts    on behalf of Debtor    Alianza Solutions, L.P.
               stephen.roberts@strasburger.com,
               tracy.willis@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com;angelyn.mi
               kulec@strasburger.com
              United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                                   TOTAL: 27
```