**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 30, 2017.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 12-11774 |
| | § | CASE NO. 12-11924 |
| ALIANZA SOLUTIONS, L.P. | § | JOINTLY ADMINISTERED UNDER |
| ALIANZA-FS MANAGEMENT, LLC | § | CASE NO. 12-11774 |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMS OF MEREDITH BLAND (CLAIM #31 AND 32)

Came on to be considered Chapter 7 Trustee's Objection to Claims of Meredith Bland (the "Objection"). The Court, having reviewed the Objection, finds that claim nos. 31 and 32, filed by Meredith Bland should be disallowed as claims against the estate.

IT IS HEREBY ORDERED that the Objection is GRANTED and claim nos. 31 and 32 filed by Meredith Bland are disallowed as claims against the estate. This order does not affect claim no. 33 filed by Meredith Bland.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant [Meredith Bland, 500 S. Frontier Ln., Cedar Park, Texas 78613]

1

# # #

.

ORDER PREPARED BY:

C. Daniel Roberts, Trustee
1602 East Cesar Chavez
Austin, Texas 78702
Telephone No. (512) 494-8448
Facsimile No. (512) 494-8712
Email: droberts@cdrlaw.net

United States Bankruptcy Court
Western District of Texas

In re:  
Alianza Solutions, L.P.  
    Debtor

Case No. 12-11774-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 2     Date Rcvd: May 30, 2017  
                             Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
```
db             +Alianza Solutions, L.P.,    36 Cypress Point,    Wimberly, TX 78676-9415
               +Meredith Bland,   500 S. Frontier Ln.,   Cedar Park, TX 78613-7383
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
```
              C. Daniel Roberts    droberts@cdrlaw.net,   cdroberts@ecf.epiqsystems.com,rsaldana@cdrlaw.net
              C. Daniel Roberts    on behalf of Trustee C. Daniel Roberts droberts@cdrlaw.net
              Eric J. Taube     on behalf of Creditor    Estate of John M. O'Quinn eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Eric J. Taube     on behalf of Defendant    John O'Quinn & Associates, LLP eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Eric J. Taube     on behalf of Defendant    Gerald Treece as Executor of the Estate of John O'Quinn,
               Deceased eric.taube@wallerlaw.com,    sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Eric J. Taube     on behalf of Creditor    John M. O'Quinn & Associates, PLLC
               eric.taube@wallerlaw.com,    sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jason A. Starks     on behalf of Creditor     The Comptroller of Public Accounts of the State of
               Texas and the Texas Employment Commission bk-jstarks@texasattorneygeneral.gov,
               sherri.simpson@texasattorneygeneral.gov
              Jeffrey G. Tinkham     on behalf of Creditor    John M. O'Quinn & Associates, PLLC
               tinkham@mdjwlaw.com
              Jeffrey G. Tinkham     on behalf of Defendant    John O'Quinn & Associates, LLP tinkham@mdjwlaw.com
              Jeffrey G. Tinkham     on behalf of Defendant    John O'Quinn & Associates, PLLC tinkham@mdjwlaw.com
              Jeffrey G. Tinkham     on behalf of Defendant    Gerald Treece as Executor of the Estate of John
               O'Quinn, Deceased tinkham@mdjwlaw.com
              Kell C. Mercer     on behalf of Plaintiff     C. Daniel Roberts, Chapter 7 Trustee for Alianza
               Solutions, LP kell.mercer@mercer-law-pc.com
              Kell C. Mercer     on behalf of Trustee C. Daniel Roberts kell.mercer@mercer-law-pc.com
              Kell C. Mercer     on behalf of Trustee C. Daniel    Roberts kell.mercer@mercer-law-pc.com
              Michael D. Rubenstein     on behalf of Defendant    Ardent Analytic Technologies, LLC
               mdrubenstein@liskow.com,    fhernandez@liskow.com
              Michael D. Rubenstein     on behalf of Interested Party    Ardent Analytic Technologies, LLC
               mdrubenstein@liskow.com,    fhernandez@liskow.com
              Patricia Baron Tomasco     on behalf of Plaintiff     C. Daniel Roberts, Chapter 7 Trustee for
               Alianza Solutions, LP ptomasco@jw.com,   kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Attorney     Jackson Walker L.L.P. ptomasco@jw.com,
               kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Petitioning Creditor Charles C. Davis ptomasco@jw.com,
               kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Plaintiff     Alianza Solutions, LP ptomasco@jw.com,
               kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Trustee C. Daniel Roberts ptomasco@jw.com,   kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Petitioning Creditor John A. Easley, II ptomasco@jw.com,
               kgradney@jw.com
              Patricia Baron Tomasco     on behalf of Petitioning Creditor Christopher A. Pace ptomasco@jw.com,
               kgradney@jw.com
```

```
District/off: 0542-1          User: beniteze              Page 2 of 2                  Date Rcvd: May 30, 2017
                              Form ID: pdfintp            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Se H Chang    on behalf of Plaintiff   C. Daniel Roberts, Chapter 7 Trustee for Alianza Solutions, LP sam.chang@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;stephen.lemmon@huschblackwell.com

         Se H Chang    on behalf of Trustee C. Daniel Roberts sam.chang@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;stephen.lemmon@huschblackwell.com

         Stephen A. Roberts   on behalf of Debtor   Alianza Solutions, L.P. stephen.roberts@strasburger.com, tracy.willis@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com;angelyn.mikulec@strasburger.com

         United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov

TOTAL: 27