# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# Austin Division

| | | |
|---|---|---|
| **In re:** | § | **Case No. 12-11774-TMD-7** |
| | § | |
| **ALIANZA SOLUTIONS, L.P.** | § | **Chapter 7** |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

## DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:  08/15/18

C. DANIEL ROBERTS, Trustee
CHAPTER 7 TRUSTEE
1602 EAST CESAR CHAVEZ
AUSTIN, TX  78702
(512) 494-8448

## EXHIBIT "A"

PLEASE CHECK ONE:

____  Small Dividends

__X__ Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Christopher A. Pace<br>365 Blackbird Dr.<br>Spring Branch, TX 78070 | #20B | $4,638.09 |